UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHITIKHOWN PHANBANDITH,<br><br>                              Petitioner,<br><br>         v.<br><br>MICHAEL KNOWLES, Warden, et al.,<br><br>                              Respondents. | Civil No.  07cv0155-L (CAB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than March 26, 2007,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court is directed to send a blank motion to proceed in forma pauperis form to Petitioner along with this Order.

**IT IS SO ORDERED.**

DATED: January 30, 2007

M. James Lorenz
United States District Court Judge

CC:        ALL PARTIES