# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHITIKHOUN PHANBANDITH,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL KNOWLES, Warden, et al.,<br><br>　　　　　　Respondents. | Civil No.   07cv0155-L (CAB)<br><br>**ORDER GRANTING RESPONDENTS' REQUEST TO FILE LATE MOTION TO DISMISS** |

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. Respondents' motion to dismiss was due on or before May 14, 2007. Respondents filed their motion to dismiss on May 18, 2007, along with a request to allow the late filing. For the reasons stated in the supporting declaration of Respondents' counsel, the request is **GRANTED.**

**IT IS SO ORDERED.**

DATED: May 21, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge